IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM COTTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-428 |
| § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on September **24**, 2012, it is hereby **ADJUDGED** that Plaintiff takes nothing against Defendant.

All relief not granted herein is **DENIED**. Defendant is awarded its costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this **24th** day of September, 2012, in Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE